**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7491**
_____

DETRINE HUDSON,

                    Plaintiff - Appellant,

          v.

CASE MANAGER VALORIE WILKINSON; COUNSELLOR BONITTA HUGER;
WARDEN KENNY ATKINSON, et al, All interested Parties; FBOP,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Richard Mark Gergel, District
Judge.  (0:13-cv-03075-RMG)

_____

Submitted:  December 18, 2014      Decided:  December 23, 2014

_____

Before SHEDD, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Detrine Hudson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Detrine Hudson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hudson v. Wilkinson, No. 1:13-cv-03075-RMG (D.S.C. Jan. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED